IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
DAVID A. OLLER, SR. )
KATHI J. OLLER )
)
          Debtors ) CH 13 Case No. 08-41339
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the persons to whom such unnegotiated check was issued, the amount of such check and its last known address is:

        DAVID A. OLLER, SR.
        KATHI J. OLLER
        258 IDDINGS AVE SE
        WARREN, OH 44483

                                    $5.00

        **TOTAL:**        $5.00

2. A check in the amount of $10.00, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this \_\_\_17th\_\_\_ day of August, 2010

                                        MICHAEL A. GALLO, TRUSTEE
                                        20 Federal Plaza West
                                        Suite #602
                                        Youngstown, OH 44503
                                        (330) 743-1246

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN Re: | ) | KAY WOODS |
| | ) | U.S. BANKRUPTCY JUDGE |
| DAVID A. OLLER, SR. | ) | |
| KATHI J. OLLER | ) | |
| | ) | |
| Debtors | ) | CH 13 Case No. 08-41339 |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this ___17th___ day of August, 2010, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: *Jennifer Buchmann*
Jennifer Buchmann - Assistant

Trustee:67  TR-009A

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

CREDITOR: 523237　　　　　　Page 1 OF 1

VOUCHER FOR CHECK: 808979
DATED: 2010/07/23

| NAME OF CREDITOR | CASE | CLM# | CLS | TRLF | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | AMOUNT IN THE CHECK INTEREST | PAID TO DATE | NEW BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0840781 | 926 | 6 | 13 | ZALICK, ROBIN S | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0841339 | 926 | 6 | 51 | OLLER SR., DAVID A. OLLER, KATHI J. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |

| #ITEMS | PRINCIPAL | INTEREST | PRINC + INT |
|---|---|---|---|
| 2 | 10.00 | 0.00 | 10.00 |

CURRENT CHECK